UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20316-CIV-LENARD/WHITE

**RANDALL WILSON**,

    Petitioner,

vs.

**WALTER McNEIL,**

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 5) AND DISMISSING SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on February 4, 2011, recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as a successive petition. . Petitioner Randall Wilson filed his Objections to the Report (D.E. 6) on February 25, 2011. The Report finds that the instant Petition, attacking Petitioner's state court conviction, is a successive petition of one filed in 2004 (Civ. No. 04-22026-KING) and dismissed as time barred on June 1, 2006. Petitioner does not dispute that this is not a successive petition filed without first obtaining leave in the Eleventh Circuit. He contends that the instant claims were not presented in the earlier petition and contain underlying facts that could not have been discovered previously. Petitioner's Objections do not obviate the requirement that he seek leave from the Eleventh Circuit before filing a second petition. *See* 28 U.S.C. § 2244(a)(3)(A).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on February 4, 2011, is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus (D.E. 1), filed on January 28, 2011, is **DISMISSED** as successive.

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of September, 2011.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**